# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-00187-FDW

| | |
|---|---|
| LIONELL MARBURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU WILERBY, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's "Motion to Amends" [Doc. 13], which the Court construes as a motion to allow discovery.

Plaintiff moves the Court for permission "to write from prison to prison" to gather statements from witnesses to the events giving rise to Plaintiff's Complaint. Plaintiff also filed with the Court a witness statement by Charles Elliott, presumably an inmate in Plaintiff's place of incarceration.

The Plaintiff's motion will be denied without prejudice. The Court has not entered a Pretrial Order and Case Management Plan ("PTOCMP") in this case yet. As such, any requests for discovery are premature. Once the Court has entered the PTOCMP in this case, the Plaintiff may renew his motion to write other prisons to gather witness statements.

The Plaintiff is also advised that these witness statements, including the statement of Mr. Elliott that Plaintiff has already filed, should not be filed with the Court. Discovery materials should only be exchanged between the parties and only after the Court has entered the PTOCMP.

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's motion to allow discovery [Doc. 13] is **DENIED WITHOUT**

**PREJUDICE.**

Signed: July 8, 2019

Frank D. Whitney
Chief United States District Judge