# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:19-cv-00187-FDW

| | |
|---|---|
| LIONELL MARBURY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| FNU WILERBY, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

The North Carolina Attorney General's Office, having moved to have the Waivers of Service of Summons for Defendants Teresa Willoughby and Jamillah Myers ("Defendants"), deemed timely filed [Doc. 22], and good cause appearing therefore,

**IT IS, THEREFORE, ORDERED** that the Motion to Deem Waivers of Service of Summons Timely Filed [Doc. 22] is **GRANTED** and the Waivers of Service of Summons for Defendants Willoughby and Myers are deemed timely filed as of the date of this Order.

The Clerk is also respectfully instructed to correct the names of the Defendants in the docket in this matter to those stated in this Order.

Signed: January 20, 2020

Frank D. Whitney
Chief United States District Judge