# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Lionell Marbury, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:19-cv-00187-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Teresa Willoughby, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 2, 2021 Order.

August 2, 2021

Frank G. Johns, Clerk
United States District Court